# NO. 12-12-00326-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:  BRYAN ADAM BUSH* | § | |
| *AND GERALD MORGAN* | § | *ORIGINAL PROCEEDING* |
| *RELATORS* | § | |

## *MEMORANDUM OPINION*

Bryan Adam Bush, Gerald Morgan, and Government Employees Insurance Company (GEICO) are defendants in a personal injury action filed by the real party in interest, John Battles.  Bush and Morgan, Relators, request a writ of mandamus directing the trial court to sever Battles's claim for underinsured motorist (UIM) benefits against GEICO from his negligence claims against Relators.  The respondents are the Honorable Charles R. Mitchell, Judge of the 273rd Judicial District Court, Shelby County, Texas, and the Honorable Guy W. Griffin, former Judge of the 123rd District Court, Shelby County, Texas.

Judge Griffin signed the order denying severance that forms the basis of this proceeding, although the case is actually docketed to be tried before Judge Mitchell.  Judge Griffin no longer presides over the 123rd Judicial District Court, and the Honorable Charles "Brick" Dickerson, the current presiding judge of that court, was automatically substituted as a respondent in this proceeding.  *See* TEX. R. APP. P. 7.2(a).

We abated the proceeding to allow Judge Dickerson to reconsider Judge Griffin's decision.  *See* TEX. R. APP. P. 7.2(b) (requiring abatement if case is original proceeding under Rule 52 to allow successor to reconsider original party's decision); ***In re Baylor Med. Ctr. at Garland***, 280 S.W.3d 227, 227 (Tex. 2008) (orig. proceeding).  Subsequently, we received an order signed by Judge Dickerson granting Relators' motion to sever the UIM claim from the negligence claims.  In the order, Judge Dickerson also granted Relators' motion to transfer venue

of the negligence claims to Nacogdoches County, Texas. In this court, Relators filed a motion for leave to withdraw their mandamus petition and to dismiss the proceeding.

Because Judge Dickerson granted the relief requested by Relators, this mandamus proceeding is moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings, including the appeal."); *State Bar of Texas v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real controversy between the parties that will be actually resolved by the judicial relief sought). Accordingly, we reinstate this proceeding, grant Relators' motion to dismiss, and *dismiss* Relators' petition for writ of mandamus as *moot.*

**BRIAN HOYLE**
Justice

Opinion delivered February 19, 2014.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### FEBRUARY 19, 2014

### NO. 12-12-00326-CV

**BRYAN ADAM BUSH AND GERALD MORGAN**,
Relators
V.
**HON. CHARLES (BRICK) DICKERSON**,
Respondent

---

### ORIGINAL PROCEEDING

---

ON THIS DAY came to be heard the petition for writ of mandamus filed by **BRYAN ADAM BUSH AND GERALD MORGAN**, who are the defendants in Cause No. 09CV30,850, pending on the docket of the 123rd Judicial District Court of Shelby County, Texas. Said petition for writ of mandamus having been filed herein on September 25, 2012, and the same having been duly considered, because it is the opinion of this Court that a writ of mandamus should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **DISMISSED AS MOOT**.

Brian Hoyle, Justice.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*